JULY 1, 1948

**No. 52450.**—Kachurin Drug Co. *v.* United States, protest 124848–K. Plaintiff's application for rehearing granted.